**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

_____

**DARRELL GOSTON,**

                                        **Plaintiff,**

                        **v.**                                              **9:08-CV-478**
                                                                            **(FJS/ATB)**

**RICHARD POTTER,**

                                        **Defendant.**

_____

**APPEARANCES**                                        **OF COUNSEL**

**DARRELL GOSTON**
**01-B-0166**
Lakeview Shock Incarceration
Correctional Facility
P.O. Box T
Brocton, New York 14716
Plaintiff *pro se*

**OFFICE OF THE NEW YORK**                        **C. HARRIS DAGUE, AAG**
**STATE ATTORNEY GENERAL**
The Capitol
Albany, New York 12224
Attorneys for Defendant

**SCULLIN, Senior Judge**

## ORDER

        Currently before the Court is Magistrate Judge Baxter's September 21, 2010 Order and

Report-Recommendation, in which he denied Plaintiff's letter-motion to "substitute" David Rock

as a defendant, recommended that this Court deny Plaintiff's letter-motion to amend his amended

complaint to add Lieutenant Sawyer and a "John Doe" Deputy Superintendent, and recommended

that this Court *sua sponte* dimiss Plaintiff's amended complaint in its entirety with prejudice for

failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii). *See* Dkt. No. 51 at 18-19. The parties have not filed any objections to these recommendations.[1]

When a party does not object to a magistrate judge's report-recommendation, the court reviews that report-recommendation for clear error or manifest injustice. *See Linares v. Mahunik*, No. 9:05-CV-625, 2009 WL 3165660, *10 (N.D.N.Y. July 16, 2009) (citation and footnote omitted). After conducting this review, "the Court may 'accept, reject, or modify, in whole or in part, the . . . recommendations made by the magistrate judge.'" *Id.* (quoting 28 U.S.C. § 636(b)(1)(C)).

The Court has reviewed Magistrate Judge Baxter's September 21, 2010 Order and Report-Recommendation for clear error and manifest injustice; and, finding none, the Court hereby

**ORDERS** that Magistrate Judge Baxter's September 21, 2010 Order and Report-Recommendation is **ACCEPTED in its entirety** for the reasons stated therein; and the Court further

**ORDERS** that Plaintiff's letter-motion to "substitute" David Rock as a defendant is **DENIED**; and the Court further

**ORDERS** that Plaintiff's letter-motion to amend his amended complaint to add Lieutenant Sawyer and a "John Doe" Deputy Superintendent is **DENIED**; and the Court further

**ORDERS** that Plaintiff's amended complaint is *sua sponte* **DISMISSED in its entirety**

---

[1] In a letter dated September 24, 2010, Plaintiff requested a sixty-day extension to file objections to Magistrate Judge Baxter's Order and Report-Recommendation. *See* Dkt. No. 52. The Court granted that request and extended Plaintiff's time to file objections until November 10, 2010. *See* Text Order dated October 1, 2010. Despite this extension, Plaintiff did not file any objections.

**with prejudice** for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii); and the

Court further

      **ORDERS** that the Clerk of the Court shall enter judgment in favor of Defendant and

close this case; and the Court further

      **ORDERS** that the Clerk of the Court shall serve a copy of this Order on the parties in

accordance with the Local Rules.

**IT IS SO ORDERED.**

Dated: November 15, 2010
       Syracuse, New York

                  Frederick J. Scullin, Jr.
                  Senior United States District Court Judge